## 36845. SANCHEZ v. PRITCHARD.

PER CURIAM.

We granted this discretionary appeal to review the order entered on the former wife's motion for contempt. In its order, the trial court conditioned her former husband's obligation to pay her sums due under the final judgment and decree of divorce upon her returning a guitar, some headphones and a rocking chair to the former husband. The original judgment awarded certain items of personalty to her and certain other items of personalty to him, but made no mention of the guitar, headphones and rocking chair.

The trial court had no authority in the contempt proceedings to modify and condition the terms of the original judgment. *Lindwall v. Lindwall,* 242 Ga. 13, 14 (3) (247 SE2d 752) (1978); *Kiplinger v. Kiplinger,* 242 Ga. 465 (3) (249 SE2d 254) (1978).

*Judgment reversed. All the Justices concur, except Gregory, J., not participating.*

DECIDED JANUARY 16, 1981.

*Joe L. Anderson,* for appellant.
*Michael L. Murphy,* for appellee.

## 36883. CARTER v. FOSTER.

MARSHALL, Justice.

This court no longer has a jurisdictional basis for entertaining appeals involving child custody questions unless the appeal also involves a judgment for divorce and alimony. *Munday v. Munday,* 243 Ga. 863 (257 SE2d 282) (1979). The present appeal does not involve a judgment for divorce. This case is accordingly transferred to the Court of Appeals.

*Transferred to the Court of Appeals. All the Justices concur, except Gregory, J., not participating.*

DECIDED JANUARY 16, 1981.

*Conrad & Abernathy, H. Steve Abernathy,* for appellant.
*Robert Benham,* for appellee.